IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TILLMAN TORAO TOPPING AND GENENE L. TOPPING,<br><br>*Plaintiffs,*<br><br>v.<br><br>CENLAR FSB,<br><br>*Defendant.* | § § § § § § § § § § § § | Civil Action No. 5:22-cv-367-FB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Tillman Torao Topping and Genene L. Topping ("Plaintiffs") and Defendant Cenlar FSB ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and causes of action asserted or that could have been asserted by Plaintiffs against Defendant are hereby dismissed with prejudice.

                                                                           Respectfully submitted,

By:    /s/ *Shelley L. Hopkins*
           Shelley L. Hopkins
           State Bar No. 24036497
           HOPKINS LAW, PLLC
           3 Lakeway Centre Ct., Suite 110
           Austin, Texas 78734
           (512) 600-4320
           BARRETT DAFFIN FRAPPIER
           TURNER & ENGEL, LLP - *Of Counsel*
           ShelleyH@bdfgroup.com
           shelley@hopkinslawtexas.com

           Robert D. Forster, II
           State Bar No. 24048470
           BARRETT DAFFIN FRAPPIER
           TURNER & ENGEL, LLP
           4004 Belt Line Road, Ste. 100

        Addison, Texas 75001
        (972) 386-5040
        RobertFO@bdfgroup.com

**ATTORNEYS FOR DEFENDANT**

By:    */s/ Nathan C. Cace*
        Nathan C. Cace
        State Bar No. 24055246
        6609 Blanco Road, Suite 235
        San Antonio, Texas 78216
        Tel: (210) 874-2223
        Fax: (210) 579-2023
        nathan@cacelaw.com

**ATTORNEYS FOR PLAINTIFFS**